UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JONES, SFNO No. 667542,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO SHERIFF'S DEP'T, et al.,<br><br>    Defendant(s). | Case No. 25-cv-05594-CRB (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF No. 2) |

This civil action by a prisoner was filed on July 2, 2025. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $405.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 70 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. Plaintiff's incomplete in forma pauperis application is DENIED and the action is DISMISSED without prejudice.

The clerk is directed to terminate the motion appearing on ECF as item number 2 and to close the case.

**IT IS SO ORDERED**.

Dated: September 15, 2025

_____
CHARLES R. BREYER
United States District Judge